UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH SCHWEITZER, *individually and on behalf of others similarly situated*,<br><br>  Plaintiffs,<br><br>  -against-<br><br>KRISTIN M. VINCENT, DCB DELANCEY CORP. and DCB ELMWOOD, LLC,<br><br>  Defendant. | 1:24-cv-1081 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's request for a conference in relation to restoring this case to the Court's calendar (ECF No. 19). Defendants are ordered to respond to the conference request by **October 4, 2024**.

**SO ORDERED.**

Dated:   **October 1, 2024**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
United States District Judge