**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**KEITH SCHWEITZER,** *individually and on behalf of others similarly situated*,

                                   **Plaintiff,**

                    -against-

**KRISTIN M. VINCENT, DCB DELANCEY CORP. and DCB ELMWOOD, LLC,**

                                   **Defendants.**

**1:24-cv-01081 (ALC) (HJR)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's request for a pre-motion conference in relation to his anticipated motion for partial summary. ECF No. 35. Defendants argue such a motion is premature. ECF No. 36. The Court agrees with Defendants and **DENIES** Plaintiff's request for a pre-motion conference without prejudice to renewal later.

**SO ORDERED.**

**Dated:    April 25, 2025**
         **New York, New York**

[signature]

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**