USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH SCHWEITZER,

        Plaintiff,

-v-

KRISTIN M. VINCENT *et al.*,

        Defendants.

**ORDER**

24-CV-1081 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    As discussed in today's conference, Defendants' request for an extension of discovery deadlines at ECF Number 37 is granted. Party depositions must now be completed by August 29, 2025; fact discovery now closes on September 26, 2025; and expert discovery now closes November 26, 2025. The parties are urged to communicate with each other concerning the progress of discovery and to confer about whether documents could be produced more quickly by narrowing the scope of requests.

**SO ORDERED.**

Dated: May 7, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1