UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2025

KEITH SCHWEITZER,

        Plaintiff,

-v-

KRISTIN M. VINCENT *et al.*,

        Defendants.

**ORDER**

24-CV-1081 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' joint status report submitted on September 12, 2025. ECF No. 53. The Court accepts the Parties' proposed discovery schedule, and directs the parties to file a further joint status report on **November 10, 2025**.

**SO ORDERED.**

Dated: September 15, 2025
       New York, New York

                                  Henry J. Ricardo
                                  United States Magistrate Judge