UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2025
```

KEITH SCHWEITZER,

                Plaintiff,

      -v-

KRISTIN M. VINCENT *et al.*,

            Defendants.

**ORDER**

24-CV-1081 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' December 10, 2025 joint status letter. ECF No. 57. The Parties are directed to file a joint proposed schedule providing deadlines for discovery by **December 17, 2025.**

**SO ORDERED.**

Dated: December 11, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1