USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __12/18/25____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

KEITH SCHWEITZER, individually and on behalf of other          Civil Action No.:
similarly situated,                                                            24-cv-01081-ALC-HJR

                                       Plaintiffs,

                                                                          **JUDGMENT**
                    -against-

KRISTIN M. VINCENT, DCB DELANCEY CORP., and
DCB ELMWOOD, LLC,

                                       Defendants.
-------------------------------------------------------------------------------X

A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed on December 15, 2025; and Defendants Kristin M. Vincent, DCB Delancey Corp. and DCB Elmwood LLC, having offered to entry of judgment to be taken against them, jointly and severally, and in favor of Plaintiff Keith Schweitzer in this action of Fifty Thousand Dollars ($50,000.00), which includes attorneys' fees and costs incurred to the date of this offer; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Keith Schweitzer and against Defendants Kristin M. Vincent, DCB Delancey Corp. and DCB Elmwood LLC in this action for the total of Fifty Thousand Dollars ($50,000.00), which includes attorneys' fees and costs incurred to the date of this offer.

Dated: December 18, 2025
          New York New York

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE